SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

CRIS C. VAUGHAN, ESQ., SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA  95650
Telephone:  916-660-9401
Facsimile:  916-660-9378

Attorney for Defendant, Patrick Blackwell, Individually and as Trustee of the Patrick Blackwell Living Revocable Trust dated January 30, 2007

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>     Plaintiff,<br><br>  vs.<br><br>Tricia Hamerton, Individually and dba Salon Vera; Patrick Blackwell, Individually and as Trustee of the Patrick Blackwell Living Revocable Trust dated January 30, 2007,<br><br>     Defendant.<br>_____ | Case No. **2:12-cv-00235-MCE-KJN**<br><br>STIPULATION RE: EXTENSION OF TIME UNTIL MARCH 30, 2012 FOR DEFENDANT TO RESPOND TO COMPLAINT; ORDER THEREON |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Patrick Blackwell, Individually and as Trustee of the Patrick Blackwell Living Revocable Trust dated January 30, 2007, stipulate as follows:

STIPULATION RE: EXTENSION OF TIME - 1

1. No extension of time has been previously obtained.
2. Defendants are granted an extension until March 30, 2012 to respond or otherwise plead to Plaintiff's complaint.
3. Defendants' response will be due no later than March 30, 2012.

IT IS SO STIPULATED effective as of March 1, 2012.

Dated: March 1, 2012        _/s/ Cris C. Vaughan__
                              Cris C. Vaughan,
                              Attorney for Defendant,
                              Patrick Blackwell

Dated: March 1, 2012        _/s/ Scott N. Johnson
                              Scott N. Johnson,
                              Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

Dated: March 7, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION RE: EXTENSION OF TIME - 2