1
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
2
PMB #253
CARMICHAEL, CA 95608-5758
3
TELEPHONE (916) 485-3516
FAX (916) 481-4224
4
E-MAIL scottnjohnson@comcast.net

5
Attorney for Plaintiff Scott N. Johnson

6
CRIS C. VAUGHAN, ESQ., SBN 99568
VAUGHAN & ASSOCIATES
7
6207 South Walnut Street, Suite 800
Loomis, CA  95650
8
Telephone:  916-660-9401
Facsimile:  916-660-9378
9

10
Attorney for Defendant, Patrick Blackwell, Individually and
as Trustee of the Patrick Blackwell Living Revocable Trust
dated January 30, 2007
11

12
**UNITED STATES DISTRICT COURT**
13
**EASTERN DISTRICT OF CALIFORNIA**
14

15

Scott N. Johnson                           ) Case No. **2:12-cv-00235-MCE-KJN**
16                                          )
            Plaintiff,                      ) STIPULATION RE: EXTENSION OF
17                                          ) TIME UNTIL MARCH 30, 2012 FOR
      vs.                                   ) DEFENDANT TO RESPOND TO
18 Tricia Hamerton, Individually            ) COMPLAINT; ORDER THEREON
and dba Salon Vera; Patrick                 )
19 Blackwell, Individually and as           )
Trustee of the Patrick                      )
20 Blackwell Living Revocable               )
Trust dated January 30, 2007,              )
21                                          )
                                            )
            Defendant.                      )
22                                          )
_____            )
23

24      Pursuant to Local Rule 6-144 (a), Plaintiff Scott N.

25 Johnson and Defendant, Patrick Blackwell, Individually and

26 as Trustee of the Patrick Blackwell Living Revocable Trust

27 dated January 30, 2007, stipulate as follows:

28


                    STIPULATION RE: EXTENSION OF TIME - 1

1. No extension of time has been previously obtained.

2. Defendants are granted an extension until March 30, 2012 to respond or otherwise plead to Plaintiff's complaint.

3. Defendants' response will be due no later than March 30, 2012.

IT IS SO STIPULATED effective as of March 1, 2012.

Dated:  March 1, 2012            _/s/ Cris C. Vaughan__
                                        Cris C. Vaughan,
                                        Attorney for Defendant,
                                        Patrick Blackwell


Dated:  March 1, 2012            _/s/ Scott N. Johnson
                                        Scott N. Johnson,
                                        Attorney for Plaintiff



                              **ORDER**

**IT IS SO ORDERED.**

Dated:  March 7, 2012

                         _____
                          MORRISON C. ENGLAND, JR.
                          UNITED STATES DISTRICT JUDGE

STIPULATION RE: EXTENSION OF TIME - 2