SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>    Plaintiff;<br><br>  vs.<br><br>Tricia Hamerton, et al,<br><br>    Defendants. | Case No. **2:12-cv-00235-MCE-KJN**<br><br>**ORDER RE: STIPULATION FOR DISMISSAL** |

IT IS SO ORDERED THAT this action be and is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(2). The matter having been resolved in its entirety, the Clerk of Court is hereby directed to close the file.

Dated: May 3, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE